

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00366-CR

**AARON LEE BROTHERTON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2015-1172-C2

# O R D E R

On November 28, 2017, this Court received and filed a letter from Aaron Lee Brotherton, which is dated November 20, 2017, asking the Court "to please consider all the facts and let me prove my innocence." Included with Brotherton's letter is his notice of appeal.

This Court dismissed Brotherton's "Petition for Leave to File Out-of-Time Appeal" on November 22, 2017. The Court therefore construes Brotherton's letter and notice of appeal as a motion for rehearing. *See* TEX. R. APP. P. 49.1. The motion for rehearing is

dismissed by the Court.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
      (Chief Justice Gray dissenting with a note)*
Order issued and filed December 20, 2017
Do not publish

*     (I cannot construe a document dated two days before the date of our opinion as a motion for rehearing. Therefore Chief Justice Gray dissents to the foregoing order of the Court denying the "motion for rehearing.")

